608

447 A.2d 646

Goins et vir., Appellant v. Sears Roebuck and Co.

Argued September 29, 1981.    Matthew R. Wimer, for appellants;  Arnold V. Plum, for appellee.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Affirmed.

447 A.2d 646

Hagy v. Thomas, Appellants.

Argued June 2, 1981.   Ken Sandoe, for appellants;  Christopher Patterson, for appellees.

Before McEWEN, MONTEMURO and SHERTZ, JJ.

Order affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.